# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| GREGORY PAUL VIOLETTE, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CIVIL NO. 2:19-cv-492 |
| ) | |
| KATE PHILLIPS, ET AL., ) | |
| ) | |
| DEFENDANTS ) | |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby disqualify myself from proceedings in this matter.

**SO ORDERED.**

**DATED THIS 25TH DAY OF OCTOBER, 2019**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**