**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

Gregory Paul Violette

    v.                                          Case No. 2:19-cv-492-JNL

Kate Phillips, U.S. Probation


**O R D E R**

Plaintiff, an inmate at FMC Devens Camp ("Institution"), has filed a motion to proceed without prepaying fees or costs in the above-captioned case, which is accompanied by a certificate signed by an authorized individual from the Institution. For the six-month period preceding the filing, the plaintiff's average monthly deposits have been $289.54 and his average monthly balance has been $94.76. Plaintiff has also submitted a signed consent form indicating consent to permit inmate accounts to make court-ordered payments on his behalf.

The motion to proceed without prepayment of fees is GRANTED and an initial filing fee is assessed in the amount of $57.91 pursuant to 28 U.S.C. § 1915(b)(1) and LR 4.2(c)(2)(A). In addition, monthly payments of 20% of each preceding month's income credited to the plaintiff's account shall be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. 28 U.S.C. § 1915(b)(2); LR 4.2(c)(2)(B).

The initial and monthly payments, as outlined above, shall be forwarded to the Clerk of Court by the Institution in accordance with this Order.  A copy of this Order shall be forwarded by the Court to the Institution's inmate account department.

SO ORDERED.

_____
Andrea K. Johnstone
United States Magistrate Judge

April 10, 2020

cc: Gregory Paul Violette, pro se
    FMC Devens Camp, Inmate Accounts