UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Gregory Paul Violette

    v.                                  Case No. 19-cv-492-JNL

Kate Phillips, et al.

ORDER

No objection having been filed, I herewith approve the
Report and Recommendation of Magistrate Judge Andrea K.
Johnstone dated April 9, 2020 .  "'[O]nly those issues fairly
raised by the objections to the magistrate's report are subject
to review in the district court and those not preserved by such
objection are precluded on appeal.'"  School Union No. 37 v.
United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)
(quoting Keating v. Secretary of Health & Human Servs., 848 F.2d
271, 275 (1st Cir.1988)); see also United States v. Valencia-
Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice,
failure to file a specific objection to magistrate's report will
waive the right to appeal).

    **SO ORDERED.**

                                _____
                                Joseph N. Laplante
                                United States District Judge

Date: June 9, 2020

cc:  Gregory Paul Violette, pro se